U.S. COURTS

FEB 02 2018

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

PIERRE T. BASHALE

Plaintiff,

vs.

KATHY - RAISBACK
ATTORNEY AT LAWS Defendant.

Case No. 1:18-cv-00056- ~~FEB~~ DCN

COMPLAINT MOTION OF CONSENT TO FORCE
(28 U.S.C. § 1331: federal question) WRONG DOING

Jury Trial Requested _X_ yes ___ no

## 1. JURISDICTION

Jurisdiction in this case is based on a federal question (meaning that this suit is based upon a federal statute or provision of the United States Constitution):

☒ Federal Statute:_____
☒ United States Constitution
☒ And a state law claim under the Court's supplemental jurisdiction authority.

## 2. PLAINTIFF

My name is PIERRE - BASHALE. I am a ~~citizen~~ RESIDENT of the State of IDAHO,

presently residing at 190 EAST FRONT STREET APT. # 637.

**3. DEFENDANT AND CAUSE OF ACTION**
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing _____, who was acting as _____
  *(Defendant)*                        *(if applicable: job title, if a person; function, if an entity)*
for the _____ .
  *(if applicable: state, county, city, federal government, or private entity performing a public function)*

B. (Factual Basis of Claim) I am complaining that on  O1 l 26 l 2018 , Defendant
  *(dates)*
did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

MS. KATHY-RAILSBACK DID FORCE ME TO CHANGE MY PSYCHIATRIC WHO DIAGNOSIS ME FOR MANY YEARS TO A PHYSICAL DOCTOR TO WRITE ME A LETTER OF REFERANCE AND GOOD MORAL ON MY BEHALF I REFUSED; THEN, SHE KEPT MY IMMIGRATION COMPLAINT FILE.

SHE TREATED MY PSYCHIATRIC AS INCOMPETENT ON HER JOB BECAUSE SHE WANTED A LETTER WICH SAID THAT IM INCOMPETANT OF READING AND WRITING ENGLISH

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

IT VIOLATED THE CONSTITUTION AND FEDERAL LAW AS WELL AS STATE LAW.

D. I allege that I suffered the following injury or damages as a result:

BEING HARMED MALICIOUSLY.

E. I seek the following relief:  A FEDERAL ATTORNEY TO BE REPRESENTED.

Complaint (Rev. 7/2014)                    2

## 4. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct, as required by 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Executed at ___Boise, Idaho___ on ___February 2, 2018___
          (Location)                   (Date)

_____
Plaintiff's Original Signature